UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No.: 2-12-cr-152-MDC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOEY LAGUNA, | |
| Defendant. | |

Defendant Joey Laguna was convicted on one count of threatening a federal official and sentenced to 18 months in custody followed by three years of supervised release. (ECF No. 33.) During Laguna's second year on supervised release, on February 25, 2015, the Court granted a petition for a warrant for offender under supervision. (ECF No. 37.) About ten years later, on March 17, 2025, Laguna filed a letter (ECF No. 40 ("Motion"))[1], which United States Magistrate Judge Maximiliano D. Couvillier, III construed as a motion authorizing Laguna to appear in supervised release proceedings and, so construed, recommends denial of the Motion. (ECF No. 44.)  To date, no objections to the Report and Recommendation ("R&R") have been filed. Because there is no objection, and, as further explained below, the Court will adopt the R&R.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Couvillier did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)).

In his Motion, Laguna asks that he be permitted to "plea no contest in absentia" to the allegations in the Petition and that the Court impose a sentence that runs concurrent

---

[1] The government opposed the Motion. (ECF No. 42.)

with his current life sentence in his state case.[2] (ECF No. 40.) Judge Couvillier recommends denying the Motion because Laguna essentially provides no legal authority to support his requests. Judge Couvillier found that the government has no statutory duty to seek a writ to have Defendant be taken from state custody into federal custody to appear for his supervised release hearing. (ECF No. 44 at 3.) Having reviewed the R&R, the Court finds that Judge Couvillier did not clearly err.

It is therefore ordered that Judge Couvillier's Report and Recommendation (ECF No. 44) is accepted and adopted in full.

It is further ordered that Defendant's motion authorizing him to appear in his supervised release proceedings in absentia (ECF No. 40) is denied.

DATED THIS 28th Day of July 2025.

                              MIRANDA M. DU
                              UNITED STATES DISTRICT JUDGE

---

[2] Laguna states that he is serving 27 years to life in the Nevada Department of Corrections. (ECF No. 40.)